**RICHARD H. REIMER**
Senior Vice President
Business & Legal Affairs

October 5, 2026

**VIA ECF**

Hon. John P. Cronan
United States District Judge
United States District Court
for the Southern District of New York
500 Pearl Street
New York, NY 10007

Re: H & S Club Omaha, Inc. v. ASCAP, 1:25-cv-09757-JPC

Dear Judge Cronan:

We write jointly on behalf of Petitioner H&S Club Omaha, Inc. and Respondent American Society of Composers, Authors and Publishers in response to the Court's July 17, 2026 Order requiring the parties to file a joint status letter by October 5, 2026, or two business days following a decision in *H&S Club Omaha, Inc. v. Broadcast Music, Inc.*, No. 25 Civ. 9147-VM (S.D.N.Y.) (the "BMI Proceeding"), whichever is earlier. (ECF No. 16.)

As of the filing of this letter, Judge Marrero has not yet issued a decision addressing the motion to dismiss filed by Broadcast Music, Inc. in the BMI Proceeding. Accordingly, the parties agree and suggest that it would be appropriate to continue the stay in this action until 10 business days following the entry of Judge Marrero's decision. Once Judge Marrero decides the pending motion, the parties will, within five business days, so advise the Court in a joint status letter.

The parties remain available to provide any further information the Court may require.

Respectfully yours,

/s/ *Evan Spencer*

Attorney for Petitioner

/s/ *Richard H. Reimer*

Attorney for Respondent

cc: Lee Squitieri, Esq., Lead Counsel for Petitioner

American Society of Composers, Authors and Publishers
250 West 57th Street, New York, NY 10107 P: 212.621.6261 F: 212.781.1381 E: rreimer@ascap.com
www.ascap.com